**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARTHUR LOPEZ,** | No. SA CV 17-02163-VBF-MRW |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| COSTA MESA POLICE DEPARTMENT, CITY OF COSTA MESA, THOMAS GASZI (an individual), RON LOWENBERG (individual capacity), and JEFFREY HORNER, | |
| Defendants. | |

Pursuant to this Court's Order Dismissing the Action <u>With</u> Prejudice, **final judgment is hereby entered in favor of all the defendants and against plaintiff Arthur Lopez.**

Dated: December 20, 2017

*Valerie Baker Fairbank*
―――――――――――――――――――
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE